# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| "VIOLET," "HENLEY," "FIONA," "JANE DOE," as conservator for "SAVANNAH," "JENNY," "JANE SMITH," court appointed Administrator of the Estate of "TORI," "LILY," "SARAH," "PIA," "CHELSEA," and "APRIL," <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN KAMPEL, <br><br> Defendant. | Case No: _____ <br><br> Jury Trial Demanded |

## COMPLAINT

The Plaintiffs, on their own behalf and by their corresponding conservator and Administrator as indicated, and through their attorneys of record James R. Marsh and Margaret E. Mabie of Marsh Law Firm PLLC, allege for their complaint as follows:

### NATURE OF THE ACTION

1.    This is a suit for damages arising out of the Defendant's violations of federal criminal child pornography statute 18 U.S.C. §§ 2252 (a)(4)(B) and (b)(2).

2.    18 U.S.C. § 2255(a) allows victims of child pornography crimes to recover liquidated damages in the amount of $150,000, and the cost of the action, including reasonable attorneys' fees and other litigation costs reasonably incurred.

### PARTIES

3.    "Violet" is an adult.

- 2 -

4. "Violet" is a pseudonym for the victim depicted in the At School child pornography series.

5. "Henley" is an adult.

6. "Henley" is a pseudonym for the victim depicted in the BluePillow1 child pornography series.

7. "Fiona" is an adult.

8. "Fiona" is a pseudonym for the victim depicted in the BluesPink1 child pornography series.

9. "Jane Doe" is the mother and court appointed conservator for "Savannah" who is an adult and a protected person under her home court's conservatorship proceeding.

10. "Savannah" is a pseudonym for the victim depicted in the Jan_Socks2 child pornography series.

11. "Jenny" is an adult.

12. "Jenny" is a pseudonym for the victim depicted in the Jenny child pornography series.

13. "Jane Smith" is the court appointed Administrator of the Estate of "Tori." Tori is now deceased.

14. "Tori" is the pseudonym for a victim depicted in the PinkHeartSisters2 child pornography series.

15. "Sarah" is an adult.

16. "Sarah" is a pseudonym for a victim depicted in Marineland1 child pornography series.

17. "Lily" is an adult.

18. "Lily" is a pseudonym for the victim depicted in the Vicky child pornography series.

19. "Pia" is an adult.

20. "Pia" is the pseudonym for the victim depicted in the Sweet White Sugar child pornography series.

21. "Chelsea" is an adult.

22. "Chelsea" is the pseudonym for the victim depicted in the 2Crazygurls pornography series.

23. "April" is an adult.

24. "April" is the pseudonym for the victim depicted in the Aprilblonde pornography series.

25. Each of the Plaintiffs is a person who was sexually abused as a child and whose sexual abuse is depicted in images of child pornography seized from the Defendant's possession.

26. Brian Kampel [hereinafter "Defendant"] is an adult who, upon information and belief, at all times material hereto resided within the District of Columbia.

## JURISDICTION AND VENUE

27. Federal subject matter jurisdiction is proper pursuant to 28 U.S.C. § 1331 because this is a civil action arising under 18 U.S.C. § 2255.

28. Venue is proper pursuant to 28 U.S.C. §§ 1391(b)(1) and (2) because (i) this is a civil action brought in the judicial district where, on information and belief, the Defendant resided at the time of the offenses alleged herein and (ii) a substantial part of the events or omissions giving rise to the Plaintiffs' claims occurred in this judicial district.

## FACTS

### The Defendant Was Convicted of Access with Intent to View Child Pornography in Violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2)

29. Defendant was charged in the United States District Court for the District of Columbia, in the matter denominated *United States v. Brian Kampel*, Case No. 1:20-cr-00084-DLF, (hereinafter "Criminal Case") with the crime of Access with Intent to View Child Pornography in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2). This crime was alleged to have been committed on or about and between September 1, 2011 and September 10, 2019. *See* Exhibit 1, Information filed in the Criminal Case ECF No.1, and attached hereto and incorporated by reference as if fully set forth herein.

30. On July 22, 2021, Defendant pleaded guilty to Access with Intent to View Child Pornography as charged and was sentenced with a judgment entered against him on July 30, 2021. *See* Exhibit 2, Plea Agreement filed in the Criminal Case ECF No. 52, and attached hereto and incorporated by reference as if fully set forth herein.

31. The Court sentenced Defendant on July 30, 2021 and, in its Amended Judgment entered on August 5, 2021, ordered Defendant to pay restitution to each of the Plaintiffs herein. *See* Exhibit 3, Amended Judgment filed in the Criminal Case ECF No. 66, and attached hereto and incorporated by reference as if fully set forth herein.

### Plaintiffs are Victims of Defendant's Crime of Access with Intent to View Child Pornography

32. Plaintiffs have each elected to receive notices via the United States Department of Justice Victim Notification System (VNS), which alerts them when they are potential victims in investigations by federal law enforcement agencies.

33. On information and belief, analysts at the National Center for Missing and Exploited Children (NCMEC) matched child sex assault material images on the Defendant's

computer to child pornography images of Plaintiffs in NCMEC's database and notified the government of its findings in a CVIP report.

34. On or about May 24, 2021, Plaintiffs first received notice from VNS that their child pornography images were among those possessed by Defendant in violation of federal child pornography law.

## CLAIM FOR RELIEF

### Civil Remedy under 18 U.S.C. § 2255(a)

35. The Plaintiffs repeat and re–allege all prior paragraphs.

36. 18 U.S.C. § 2255, entitled "Civil Remedy for Personal Injuries," provides that any person who, while a minor, is a victim of a violation of 18 U.S.C. § 2252 and who suffers personal injury as a result of such violation shall recover the actual damages such person sustains or liquidated damages in the amount of $150,000, and the cost of the action, including reasonable attorneys' fees and other litigation costs reasonably incurred.

37. The Defendant pleaded guilty to the predicate federal child pornography crime found at 18 U.S.C. § 2252(a)(4)(B).

38. 18 U.S.C. § 2252(a)(4)(B) provides that any person commits a federal crime who:

> knowingly possesses, or knowingly accesses with intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate commerce or in or affecting interstate or foreign commerce, or which was produced using material which have been mailed or so shipped or transported, by any means including by computer, if (i) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (ii) such visual depiction is of such conduct.

39. Each Plaintiff is a victim of Defendant's violation of 18 U.S.C. § 2252(a)(4)(B).

40. The Plaintiffs each elect liquidated damages in the amount of $150,000 and the cost of the action, including reasonable attorney's fees and other litigation costs reasonably incurred, prejudgment and post-judgment interest.

41. The Plaintiffs are not seeking "actual damages" under 18 U.S.C. § 2255.

## RELIEF REQUESTED

WHEREFORE, the Plaintiffs each request judgment against the Defendant as follows:

42. Liquidated damages in the amount of $150,000 each pursuant to 18 U.S.C. § 2255(a);

43. Reasonable attorneys' fees pursuant to 18 U.S.C. § 2255(a);

44. Litigation costs pursuant to 18 U.S.C. § 2255(a); and

45. Pre-judgment and post-judgment interest.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury.

DATED this 30th day of July, 2025.

**MARSH LAW FIRM PLLC**

*[signature]*

James R. Marsh
D.C. Bar No. 436448
Margaret E. Mabie
*Pro Hac Forthcoming*
31 Hudson Yards, 11th Fl.
New York, NY 10001
Tel: (212) 372-3030
Fax: (888) 210-3336
*Attorneys for Plaintiffs*