# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

BRIAN KAMPEL,

Defendant

CRIMINAL NO.

VIOLATIONS:

18 U.S.C. §§ 2252(a)(4)(B) and (b)(2)
(Access with Intent to View
Child Pornography)

**Case No. 20-cr-84**
**Assigned to: Judge Dabney L. Friedrich**
**Assign Date: 5/18/2020**
**Description: INFORMATION**

INFORMATION

The United States Attorney charges that:

COUNT ONE

On or about and between September 1, 2011 and September 10, 2019, in the District of Columbia and elsewhere, the defendant, **BRIAN KAMPEL**, did knowingly access with intent to view 1 or more image or video file, or other matter, which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, by any means including by computer and the internet, and such visual depiction is of such conduct.

**(Access with Intent to View Child Pornography**, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2))

TIMOTHY SHEA
United States Attorney

*/s/ Amy E. Larson*

Amy E. Larson
Assistant United States Attorney,
New York Bar No. 4108221
U.S. Attorney's Office
555 4th Street, N.W., Room 4-842
Washington, D.C. 20530
202-252-7863
Amy.larson2@usdoj.gov